# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Madjid Berd et al., | ) |
| Plaintiffs, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| Paul De Bastos et al., | ) |
| | ) Case No. 1-16-cv-339 |
| Defendants. | ) |

Before the court is a motion for attorney Brian O. Marty to appear *pro hac vice* on Madjid Berd et al.'s behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Marty has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Marty has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 11) is **GRANTED**. Attorney Marty is admitted to practice before this court in the above-entitled action on behalf of Madjid Berd et al.

**IT IS SO ORDERED.**

Dated this 6th day of December, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge