# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Madjid Berd. et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER GRANTING MOTION TO AMEND** |
| | ) | **SCHEDULING ORDER** |
| vs. | ) | |
| | ) | |
| Paul De Bastos and Paul Real | ) | |
| Estate, Inc., | ) | Case No. 1:16-cv-339 |
| | ) | |
| Defendants. | ) | |

On March 18, 2019, the court issued an order directing Defendant Paul De Bastos ("Defendant") to produce documents in relation to a motion to compel previously filed by plaintiffs and to file an answer.

On July 15, 2019, plaintiffs' filed a Motion to Amend Scheduling Order. They advise that defendant has yet to fully comply with the court's order. To provide Defendant with additional time to produce documents as directed, they request the court to extend the deadlines for filing non-dispositive and dispositive motions.

The court **GRANTS** plaintiffs' motion (Doc. No. 52). The parties shall have until August 15, 2019, to file non-dispositive motions and until September 16, 2019, to file dispositive motions.

**IT IS SO ORDERED.**

Dated this 23rd day of July, 2019.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court