# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Madjid Berd et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Paul De Bastos and Paul Real Estate, Inc., | ) | Case No.: 1:16-cv-339 |
| Defendants. | ) | |

On motion by plaintiffs, the court extended the dispositive motion deadline until November 22, 2019. (Doc. No. 58).

On its own motion, the court shall continue the final pretrial conference and jury trial in this matter. The final pretrial conference scheduled for November 20, 2019, shall be rescheduled for April 13, 2020, at 1:00 p.m. CDT by telephone. The court shall initiate the conference call. The jury trial set for December 3, 2019, shall be rescheduled for April 27, 2020, at 9:00 a.m. in Bismarck before Chief Judge Hovland. A nine (9) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 22nd day of October, 2019.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court